UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA MCCARTHY,<br><br>                              Plaintiff,<br><br>            -against-<br><br>PFIZER, ET AL.,<br><br>                              Defendants. | 24 CIVIL 5318 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the Courts Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 23, 2024
             New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                              Chief United States District Judge